**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CIVIL ACTION NO. 25-114-DLB**

**CASWELL RICHARDS,**                                                                 **PETITIONER**

**VS.**                                          **JUDGMENT**

**C. ENTZEL, Warden,**                                                              **RESPONDENT**

**\*\*\* \*\*\* \*\*\* \*\*\***

Consistent with the Memorandum Opinion and Order entered this date, it is

**ORDERED** and **ADJUDGED** as follows:

1.      **Judgment** is entered in favor of the **Respondent**; and

2.      This matter is **STRICKEN** from the docket.

This 26th day of June, 2026.



Signed By:

_David L. Bunning_   DB

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\PSO Orders\Richards0-25-114 Judgment.docx